UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/24/21
```

Tiyana La Van, Tiffany Dantzler, Karen Bennett,

        Plaintiffs

v.

Goodwill Industries of Greater New York and Northern New Jersey Inc., Dari Badmaeva, and Zineb Rachad, et al.,

        Defendants.

No. 21-CV-5311 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed in today's conference, after Dari Badmaeva has been served and responds, the parties shall notify the Mediation Program and begin mediation. No later than one week after the close of mediation, the parties shall file a status letter informing the Court of the outcome of mediation and if mediation was unsuccessful, submit a revised case management plan and propose dates for another initial pretrial conference.

SO ORDERED.

Dated:    September 24, 2021
               New York, New York

                                              Ronnie Abrams
                                              United States District Judge